# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE REDFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01816-EK-RER ) |
| VOLT INFORMATION SCIENCES, INC., WILLIAM J. GRUBBS, NICK S. CYPRUS, BRUCE G. GOODMAN, LINDA PERNEAU, ARNOLD URSANER, and CELIA R. BROWN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 11, 2022      **RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*